| | |
|---|---|
| Probation Form No. 35<br>(1/92) | Report and Order Terminating Probation /<br>Supervised Release<br>Prior to Original Expiration Date |

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.   Docket No. 1:21CR00036-01

Edwin Brown

On November 19, 2020, the above named was placed on Supervised Release for a period of five (5) years'. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Edwin Brown be discharged from Supervised Release.

Respectfully submitted,

by _____
Courtney Cooke
U.S. Probation Officer Specialist

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this **19th** day of **May**, 20**23**.

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE